JS-6/ENTER

**FILED** JUN 30 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM HENRY JORDAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARTIN VEAL,<br><br>　　　　Respondent. | Case No. CV 06-1932-VAP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

Dated: June 30, 2010

_Virginia A. Phillips_
Virginia A. Phillips
United States District Judge